

# NUMBER 13-18-00500-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

COSMOPOLITAN GROUP, LTD.
D/B/A LEGACY FUNERAL HOME,                                    Appellant,

v.

GUADALUPE CAZARES,                                              Appellee.

### On appeal from the County Court at Law No. 1
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Memorandum Opinion by Chief Justice Valdez

Appellant, Cosmopolitan Group, Ltd. d/b/a Legacy Funeral Home, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-18-0347-A-1. The parties have filed an agreed, joint motion to dismiss the appeal pursuant to settlement agreement on grounds that the parties have

settled the dispute in the underlying lawsuit and this appellate proceeding. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

/s/ **Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
13th day of December, 2018.

2